# Court of Appeals
# of the State of Georgia

ATLANTA,     May 31, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1743. CHARLOTTE DISPAIN v. ROBERT GRESHAM et al.**

Following a defense verdict, plaintiff Charlotte Dispain filed a notice of direct appeal from the trial court's order awarding OCGA § 9-15-14 attorney fees. We lack jurisdiction to consider the appeal because such awards must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (10); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988). Dispain's failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider her appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,     05/31/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*